281-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
DELTA SHIPHOLDING LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DELTA SHIPHOLDING LTD.,

                Plaintiff,

- against -

PETROVIETNAM TRADING CO. (PETECHIM),

                Defendant.
-----------------------------------------------------------x

07 CIV _____ (     )

**RULE 7.1 STATEMENT**

RECEIVED
MAY 25 2007
U.S.D.C. S.D.N.Y.
CASHIERS

DELTA SHIPHOLDING LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 25, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff


            By: _____
                  Don P. Murnane, Jr. (DM 3639)
                  Manuel A. Molina (MM 1017)

NYDOCS1/283941.1