281-07/DPM/MAM
FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street, 24th Floor
New York, New York 10005
(212) 425-1900
DON P. MURNANE, JR., ESQ.
Attorneys for Plaintiff
Delta Shipholding Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DELTA SHIPHOLDING LTD.,

               Plaintiff,             07 CV 4087 (SAS)

-against-                             **NOTICE OF**
                                                **VOLUNTARY**
                                                **DISMISSAL PURSUANT**
                                                **TO FED.R.CIV.P.1(a)(1)(i)**

PETROVIETNAM TRADING CO. (PETECHIM)

               Defendant.
------------------------------------------------------------x

      Plaintiff DELTA SHIPHOLDING LTD., through undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(i), hereby serves its notice of voluntary dismissal of this matter without prejudice and without costs. Plaintiff avers, through undersigned counsel, that Defendant PETROVIETNAM TRADING CO. (PETECHEM). has not filed an answer or filed a motion for summary judgment in this action.

Dated: New York, New York
       June 6, 2007

                                           FREEHILL HOGAN & MAHAR, LLP
                                           Attorneys for Plaintiff

                                           By: _____
                                               Don P. Murnane, Jr., (DM 3639)

SO ORDERED: _____
                             U.S.D.J.

NYDOCS1/284699.1